Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

United States Courts
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas
_____ Division

JUN 1 5 2018

David J. Bradley, Clerk of Court

| | |
|---|---|
| EMMANUEL A. ADEYINKA <br><br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br> CHRISTOPHER FAGBOLU & DOMAIN REGISTRAR <br><br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ✓ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | EMMANUEL ADEYINKA |
| Street Address | 10811 RICHMOND AVE 18 |
| City and County | HOUSTON |
| State and Zip Code | TX 77042 |
| Telephone Number | 713-514-6288 |
| E-mail Address | VERSIL@LIVE.COM |

    B. **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | CHRISTOPHER FAGBOLU |
| Job or Title *(if known)* | |
| Street Address | 1621 BAY BERRY LANE |
| City and County | TRACY |
| State and Zip Code | CA 95376 |
| Telephone Number | 1-800-658-5678 |
| E-mail Address *(if known)* | COFAG@FAGBOLU.COM |

Defendant No. 2

| | |
|---|---|
| Name | CHRISTOPHER FAGBOLU |
| Job or Title *(if known)* | 1ST CLASS TRANSPORTATION INC |
| Street Address | P.O. BOX 250688 |
| City and County | SAN FRANCISCO |
| State and Zip Code | CA , 94128 |
| Telephone Number | 1-415-462-2938 |
| E-mail Address *(if known)* | ADMIN@1STCLASSICLIMOS.COM |

Defendant No. 3

| | |
|---|---|
| Name | DOMAIN REGISTRAR |
| Job or Title *(if known)* | |
| Street Address | 575 EIGHTH AVENUE 11TH FLOOR , |
| City and County | NEW YORK |
| State and Zip Code | NY 10018 |
| Telephone Number | 212-626-9306 |
| E-mail Address *(if known)* | DOMAINREGISTRAP@NAMEBARGAIN.COM |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

    b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I'm a victim of cyber-squatting. Christopher Fagbolu been buy my last name domain for about 16 year scene 02/17/2003 till now and just renew it on 01/19/2018 . I located the company that stolid it about a year ago and ask them why are they selling my last domain without my consent . They told me their was not to much I or they could do about . So wanted for it to expire date to come up  to see if Christopher would still renew the domain after I located the selling company about my personal last name being stolid. Christopher still renew , I'm not related or don't know Christopher fagbolu.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

EMOTION DISTRESS   $1,000,000,000

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**V.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff     _____
Printed Name of Plaintiff  _____

**B.     For Attorneys**

Date of signing: _____

Signature of Attorney      _____
Printed Name of Attorney   _____
Bar Number                 _____
Name of Law Firm           _____
Street Address             _____
State and Zip Code         _____
Telephone Number           _____
E-mail Address             _____